# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

EVENTRESTROOMS.COM, LP                                                                PLAINTIFF

v.                                          NO. 3:08CV00182 JLH

ENTERGY SERVICES, INC.                                                                DEFENDANT

## ORDER

The Court has determined that the bench trial of this matter scheduled for the week of September 21, 2009, in Jonesboro, Arkansas, should be continued due to the Court's schedule. Therefore, this case is rescheduled for a bench trial beginning at 9:15 a.m. sometime during the week of *February 8, 2010*, in Jonesboro, Arkansas. If counsel wish to bring electronic devices to the courthouse for any proceeding, please note Amended General Order No. 54.

The discovery and motions deadlines have previously passed. Any revisions to the trial briefs and proposed findings and conclusions of law previously submitted by the parties, should be submitted to jlhchambers@ared.uscourts.gov no later than January 29, 2010.

IT IS SO ORDERED this 14th day of September, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE