**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

EVENTRESTROOMS.COM, LP                                                     PLAINTIFF

v.                                    NO. 3:08CV00182 JLH

ENTERGY SERVICES, INC.                                                      DEFENDANT

## <u>ORDER</u>

The Scheduling Order entered on September 14, 2009, set this matter for bench trial to

commence at 9:15 a.m. sometime during the week of February 8, 2010, in Jonesboro, Arkansas.  The

Court has determined that the bench trial will begin at *1:30 p.m. on MONDAY, FEBRUARY 8,*

*2010*, in Jonesboro, Arkansas.

IT IS SO ORDERED this 21st day of January, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE