# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

EVENTRESTROOMS.COM, LP                                    PLAINTIFF

v.                          NO. 3:08CV00182 JLH

ENTERGY SERVICES, INC.                                    DEFENDANT

## ORDER

The bench trial of this matter was previously scheduled for the week of February 8, 2010, in Jonesboro, Arkansas. Due to inclement weather and hazardous driving conditions on Monday, February 8, 2010, the bench trial was continued. A new trial date will be set be separate order.

IT IS SO ORDERED this 10th day of February, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE