## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

EVENTRESTROOMS.COM, L.P.                                                              PLAINTIFF

v.                                              No. 3:08CV00182 JLH

ENTERGY SERVICES, INC.                                                                DEFENDANT

### ORDER

The parties have filed a joint motion in which they state that for the convenience of the parties and the witnesses and in the interest of justice the Court should transfer this action from the Jonesboro Division of the Eastern District of Arkansas to the Western Division of the Eastern District of Arkansas. Pursuant to 28 U.S.C. § 1404, that motion is GRANTED. Document #38. The Clerk is directed to transfer this action from the docket of the Jonesboro Division to the docket of the Western Division. After the transfer has been accomplished, the Court will issue a new scheduling order.

IT IS SO ORDERED this 8th day of March, 2010.

*/s/ J. Leon Holmes*
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE