**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

EVENTRESTROOMS.COM, LP                                                                       PLAINTIFF

v.                                             No. 4:10CV00153 JLH

ENTERGY SERVICES, INC.                                                                       DEFENDANT

**<u>JUDGMENT</u>**

Pursuant to the Amended Findings of Fact and Conclusions of Law entered separately today, judgment is entered in favor of Entergy Services, Inc., on its counterclaim against Eventrestrooms.com, L.P., in the amount of $418,739.57, plus post-judgment interest to accrue at the rate of 0.26% per annum, for all of which garnishment and execution may issue. The complaint of Eventrestrooms.com, L.P., is dismissed with prejudice.

IT IS SO ORDERED this 30th day of August, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE