**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

EVENTRESTROOMS.COM, LP                                                                                          PLAINTIFF

v.                                                  No. 4:10CV00153 JLH

ENTERGY SERVICES, INC.                                                                                           DEFENDANT

## ORDER

As the prevailing party in this breach of contract action, Entergy Services, Inc., has filed a motion for attorney's fees and costs. It seeks a total recovery of $87,004.90 for attorney's fees and costs. Eventrestrooms.com, LP, has not objected to the motion. The fees and costs appear to be reasonable. Louisiana law authorizes a litigant to recover attorney's fees when provided by contract. *Imperial Dry Cleaner & Laundry v. Imperial Carpet Cleaning & Sales*, 693 S.2d 830, 834 (La. App. 2nd Cir. 1997). Therefore, Entergy Services, Inc., may recover the amount of $87,004.90 for attorney's fees and costs. A judgment will be entered separately.

IT IS SO ORDERED this 27th day of September, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE