IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

EVENTRESTROOMS.COM, LP                                                                   PLAINTIFF

v.                                         No. 4:10CV00153 JLH

ENTERGY SERVICES, INC.                                                                  DEFENDANT

## JUDGMENT

Pursuant to the Order entered separately today, judgment is entered in favor of Entergy Services, Inc., against Eventrestrooms.com, LP, for attorney's fees and costs in the amount of $87,004.90 plus post-judgment interest to accrue at the rate of 0.25% per annum, for all of which garnishment and execution may issue.

IT IS SO ORDERED this 27th day of September, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE