## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

EVENTRESTROOMS.COM, LP                                              PLAINTIFF

v.                              No. 4:10CV00153 JLH

ENTERGY SERVICES, INC.                                              DEFENDANT

### ORDER

For good cause shown, defendant's motion to compel post-judgment discovery is granted. Document #54. The plaintiff must provide complete responses to defendant's first set of post-judgment interrogatories and requests for production of documents on or before February 24, 2011.

IT IS SO ORDERED this 14th day of February, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE